AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CALVIN ROUSE,

           Plaintiff,

           v.

RICHARD MORGAN and PAUL PASTOR,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-5080-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   Plaintiff's Motion (Ct. Rec. 10) to Voluntarily Dismiss the Complaint is granted and the Complaint is dismissed without prejudice.  Plaintiff's Motion (Ct. Rec. 11)  to waive collection of the remaining balance of the filing fee in this action is GRANTED and the institution having custody of  Mr. Rouse shall cease  collection of the filing fee in this action.

February 16, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson